IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 3:21-CR-00028-CAR-CHW |
| MOHAMED ELNOUR, | : |
| Defendant | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:21-CR-28, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:21-CR-28, be unsealed.

SO ORDERED, this __18th__ day of November, 2021.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:

MICHAEL MORRISON
Digitally signed by MICHAEL MORRISON
Date: 2021.11.18 11:27:02 -05'00'

MICHAEL (MIKE) MORRISON
ASSISTANT UNITED STATES ATTORNEY