# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:21-CR-28-CAR-CHW |
| MOHAMED ELNOUR, : | |
| : | |
| Defendant. : | |

## ORDER MODIFYING SENTENCE

Before the Court is the Government's Consent Motion to Correct Sentence. [Doc. 45]. On November 7, 2023, the Court sentenced Defendant Mohamed Elnour to a total term of 40 months imprisonment but did not impose a term of supervised release.[1] The Government moves for, and Defendant consents to, the addition of a 2-year term of supervised release to Defendant's sentence.[2]

Federal Rule of Criminal Procedure 35(a) allows the Court to correct a sentence that resulted from clear error within 14 days of the sentencing.[3] The Court finds it erred by not including a 2-year term of supervised release in Defendant's original sentence as required by 21 U.S.C. § 841(b)(1)(D). Therefore, the Court **GRANTS** the Government's Consent Motion to Correct Sentence [Doc. 45].

**SO ORDERED,** this 21st day of November, 2023.

---

[1] Minute Entry of Proceedings [Doc. 43].
[2] Consent Motion to Correct Sentence [Doc. 45 ¶ 4].
[3] Federal Rules of Criminal Procedure 35(a).

2

        s/ C. Ashley Royal_____
        C. ASHLEY ROYAL, SENIOR JUDGE
        UNITED STATES DISTRICT COURT